IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY L. ZEIGLER,** | Case No. 2:18-cv-00578-TLN-DMC (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT FOX,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before November 29, 2018.

Dated: October 29, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:18-cv-00578-DMC)